IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NICOLAS MADURO MOROS, ET AL., | § |
| Petitioners, | § § § |
| V. | §   NO. 4:26-CV-062-O |
| UNITED STATES OF AMERICA, ET AL., | § § § |
| Respondents. | § § |

## ORDER

The motion to alter or amend judgment is **DENIED** as is the alternative motion for limited disclosure and transfer. No reason for relief has been established.

**SO ORDERED** on this **2nd day** of **February, 2026**.

_Reed O'Connor_
**CHIEF UNITED STATES DISTRICT JUDGE**